JS-6

ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHNNY TCHANG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TCHANG, an individual<br><br>Plaintiff,<br><br>vs.<br><br>NEWLAND INVESTMENT 514, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-03792-PA-AFM<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Percy Anderson presiding] |

**[PROPOSED] ORDER**
**2:16-CV-03792-PA-AFM**

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: January 27, 2017

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE